Seth W. Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Attorney for Plaintiff
XIAOYAN TANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOYAN TANG,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RBS CITIZENS, NATIONAL ASSOCIATION; CITIZENS FINANCIAL GROUP, INC.; and DOES 1-10,<br><br>　　　　　　Defendants. | Case Number: 3:17-cv-05272-JSC<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that Plaintiff Xiaoyan Tang ("Plaintiff" or "Tang") hereby dismisses the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i).

Dated: September 14, 2017　　　　　　　　　　LAW OFFICES OF SETH W. WIENER

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Seth W. Wiener
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　XIAOYAN TANG

Seth W. Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607

Attorney for Plaintiff
XIAOYAN TANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOYAN TANG,<br><br>            Plaintiff,<br><br>vs.<br><br>RBS CITIZENS, NATIONAL ASSOCIATION; CITIZENS FINANCIAL GROUP, INC.; and DOES 1-10,<br><br>            Defendants. | Case Number: 3:17-cv-05272-JSC<br><br>**PROOF OF SERVICE** |

I, Seth W. Wiener, declare:

I am employed in Contra Costa County, California.  I am over eighteen years of age and not a party to this action.  My business address is 609 Karina Court, San Ramon, CA 94582.  On September 14, 2017, I served a true and correct copy of the following document(s):

- NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE

X ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and served was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Proof of Service was executed on September 14, 2017, at San Ramon, California.

_____
Seth W. Wiener

Notice of Dismissal – Page 2